# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY DISTRICT ATTORNEY, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01274-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 4) |

Pending before the Court is Plaintiff's motion requesting enlargement of time. Docket No. 4. Plaintiff requests a 44-day extension of the deadline for him to file a complete *in forma pauperis* application or pay the $400 fee for filing a civil action. *Id.* at 2; *see also* Docket No. 3 at 2. For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 4. No later than September 30, 2020, Plaintiff shall either (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS SO ORDERED.

Dated: July 23, 2020

_____
Nancy J. Koppe
United States Magistrate Judge