# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>  Plaintiff<br><br>v.<br><br>CLARK COUNTY DISTRICT ATTORNEY, et al.,<br><br>  Defendants | Case No.: 2:20-cv-01274-APG-NJK<br><br>**Order**<br><br>[ECF No. 20] |

Plaintiff David Reed moves for an extension of time or alternatively for leave to proceed in forma pauperis on appeal. I deny his motion as moot because the Ninth Circuit dismissed his appeal. ECF Nos. 22, 23, 26.

I THEREFORE ORDER that plaintiff David Reed's motion for extension of time or alternatively for leave to proceed in forma pauperis on appeal **(ECF No. 20) is DENIED**.

DATED this 7th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE