UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br>    Plaintiff,<br>v.<br>CLARK COUNTY DISTRICT ATTORNEY, et al.,<br>    Defendants. | Case No.: 2:20-cv-01274-APG-NJK<br>**ORDER**<br>[Docket No. 29] |

Pending before the Court is Plaintiff's notice advising the Court and Defendants that he did not receive legal correspondence between December 24, 2020 and January 13, 2021. Docket No. 29. The Court construes Plaintiff's notice as a motion requesting copies of legal documents filed in this case between December 24, 2020 and January 13, 2021. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). The motion is properly resolved without a hearing. *See* LR 78-1.

The docket reflects that Plaintiff did not receive three legal documents between December 24, 2020 and January 13, 2021. *See* Docket. Specifically, the docket reflects that Plaintiff did not receive copies of the Ninth Circuit's mandate, the Court's order pursuant to the Ninth Circuit's mandate, and the Court's order denying his motion for an extension of time or alternatively for leave to proceed *in forma pauperis* on appeal. *See id.* Out of an abundance of caution, the Court will grant Plaintiff's motion.

Accordingly, Plaintiff's motion requesting copies of legal documents is hereby **GRANTED**. Docket No. 29. The Clerk's Office is **INSTRUCTED** to send Plaintiff courtesy copies of the Ninth Circuit's mandate at Docket No. 23, the Court's order pursuant to the Ninth Circuit's mandate at Docket No. 25, and the Court's order denying his motion for an extension of

time or alternatively for leave to proceed *in forma pauperis* on appeal at Docket No. 27 to the address listed in Plaintiff's motion.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
Nancy J. Koppe
United States Magistrate Judge